**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oscar LOPEZ–SERRANO, (T/N Alfonso Garcia–Serrano) aka Mosca, Defendant–Appellant.**

No. 03–50582.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 16, 2006.

Becky S. Walker, Esq., Tracy L. Wilkison, Esq., Peter A. Hernandez, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Phillip A. Trevino, Esq., Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Oscar Lopez–Serrano appeals from his 262–month sentence imposed following a jury trial conviction for conspiracy, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), transportation of illegal aliens causing serious bodily injury, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(iii), harboring and concealing illegal aliens causing serious bodily injury, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(iii), bringing illegal aliens into the United States, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), and hostage taking, in violation of 8 U.S.C. § 1203(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.